**DISMISS and Opinion Filed January 11, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-01095-CV**

**IN THE INTEREST OF L.S., A CHILD**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-51075-2013**

# MEMORANDUM OPINION

Before Justices Bridges, Brown, and Whitehill
Opinion by Justice Bridges

Before the Court is appellant's January 7, 2019 motion to dismiss. We grant the motion.

We dismiss this appeal.


/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

181095F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF L.S., A CHILD

No. 05-18-01095-CV

On Appeal from the 401st Judicial District Court, Collin County, Texas
Trial Court Cause No. 401-51075-2013.
Opinion delivered by Justice Bridges, Justices Brown and Whitehill participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

We **ORDERED** that appellee Christina Turner Cole recover her costs, if any, of this appeal from Merle Eugene Schwalen.

Judgment entered January 11, 2019